Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 21−12573−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael A. Ferguson  
dba Hope Builders LLC  
1 Golden Rod Ct  
Brick, NJ 08724−5018

Theresa Sertich  
1 Golden Rod Ct  
Brick, NJ 08724−5018

Social Security No.:  
xxx−xx−0994                                              xxx−xx−8688

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 9, 2021.

Dated: June 9, 2021  
JAN: ckk

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 21-12573-MBK
Michael A. Ferguson                                                                                   Chapter 13
Theresa Sertich
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                           Page 1 of 2
Date Rcvd: Jun 09, 2021                     Form ID: plncf13                      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael A. Ferguson, Theresa Sertich, 1 Golden Rod Ct, Brick, NJ 08724-5018 |
| 519202821 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519152169 | | Manasquan Savings Bank, 2221 Landmark Pl, Manasquan, NJ 08736-1051 |
| 519152170 | | Manasquan Savings Bank, PO Box E, Manasquan, NJ 08736-0635 |
| 519152171 | + | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519152172 | | Tenaglia & Hunt, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 519152174 | | Wells Fargo Bank NA, MAC F823F-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 519152173 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 519188978 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519158171 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519168486 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 519152175 | | Wells Fargo Bank-Business Card, PO Box 77033, Minneapolis, MN 55480-7733 |
| 519152176 | + | Wells Fargo Small Business Lending, PO Box 51174, Los Angeles, CA 90051-5474 |
| 519152177 | + | Wells Fargo-Business Card, PO Box 29482, Phoenix, AZ 85038-9482 |
| 519152178 | | Wells Fargo-Pl&L, MAX F8234F-02F, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2021 21:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2021 21:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519152164 | | Email/Text: bnc-capio@quantum3group.com | Jun 09 2021 21:23:00 | AssetCare- Ocean Medical Center, Attn: Bankruptcy, PO Box 1127, Sherman, TX 75091-1127 |
| 519152165 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2021 21:39:51 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519162125 | + | Email/Text: mrdiscen@discover.com | Jun 09 2021 21:20:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519152166 | | Email/Text: mrdiscen@discover.com | Jun 09 2021 21:20:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519207803 | | Email/Text: cashiering-administrationservices@flagstar.com | Jun 09 2021 21:24:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519152167 | | Email/Text: cashiering-administrationservices@flagstar.com | Jun 09 2021 21:24:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519228977 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2021 21:38:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519152168 | | Email/Text: camanagement@mtb.com | Jun 09 2021 21:22:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 09, 2021 | Form ID: plncf13 | Total Noticed: 27

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Buffalo, NY 14240-0844 |
| 519193511 | | Email/Text: bnc-quantum@quantum3group.com | Jun 09 2021 21:22:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519155434 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2021 21:38:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519153541 | | 306-308 Park Avenue Properties LLC |
| 519153542 | | Hope Builders LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Pingora Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Joint Debtor Theresa Sertich ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Michael A. Ferguson ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5