UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

**Order Filed on July 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Theresa Sertich and Michael Ferguson

Case No.:  21-12573-MBK

Chapter:  13

Judge:  Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 16, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4845-5537-1245, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $_____8,995.00_____ for services rendered and expenses in the amount of $_____427.00_____ for a total of $_____9,422.00_____. The allowance is payable:

    ☒ $ __6,422.00__ through the Chapter 13 plan as an administrative priority.

    ☒ $ __3,000.00__ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____4,038.00_____ per month for __12__ months beginning on April 1, 2025 to allow for payment of the above fee.

*rev.8/1/15*

4845-5537-1245, v. 1