| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 21-12573 / MBK

Michael A. Ferguson
Theresa Sertich

Petition Filed Date: 03/30/2021
341 Hearing Date: 04/29/2021
Confirmation Date: 06/01/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $2,000.00 | 1133329 | 04/13/2021 | $10,000.00 | 1133328 | 05/11/2021 | $2,000.00 | 1133387 |
| 06/09/2021 | $2,000.00 | 1134728 | 07/12/2021 | $2,000.00 | 1134782 | 08/18/2021 | $2,000.00 | 1135632 |
| 09/13/2021 | $2,000.00 | 1135692 | 10/18/2021 | $2,000.00 | 1136839 | 11/15/2021 | $2,000.00 | 1137800 |
| 12/09/2021 | $2,000.00 | 1137837 | 01/12/2022 | $2,000.00 | 1139124 | | | |

**Total Receipts for the Period: $30,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael A. Ferguson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq.<br>»» ORDER 7/16/21 | Attorney Fees | $6,422.00 | $6,422.00 | $0.00 |
| 1 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $8,366.98 | $973.53 | $7,393.45 |
| 2 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $13,232.06 | $1,539.56 | $11,692.50 |
| 3 | DISCOVER BANK | Unsecured Creditors | $12,033.89 | $1,400.16 | $10,633.73 |
| 4 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $15,579.24 | $1,812.69 | $13,766.55 |
| 5 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $20,387.21 | $2,372.06 | $18,015.15 |
| 6 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $72,243.42 | $8,405.76 | $63,837.66 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $10,719.20 | $1,247.21 | $9,471.99 |
| 8 | WELLS FARGO BANK, NA | Unsecured Creditors | $12,393.13 | $1,441.98 | $10,951.15 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» OCEAN MEDICAL CENTER | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 10 | PINGORA LOAN SERVICING, LLC<br>»» P/1 GOLDEN ROD CT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | M&T BANK<br>»» 2017 BENNINGTON 24' BOAT | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | M&T BANK<br>»» 2017 BENNINGTON 24' BOAT | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $3,192.06 | $371.41 | $2,820.65 |

**Chapter 13 Case No. 21-12573 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $25,986.36 | Current Monthly Payment: | $2,000.00 |
| Paid to Trustee: | $2,170.00 | Arrearages: | $2,000.00 |
| Funds on Hand: | $1,843.64 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

