**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Michael A. Ferguson and Theresa Sertich | Case No.: 21-12573<br>Hearing Date: 6/8/2022 at 9:00 am<br>Chapter: 13<br>Chief Judge: Michael B. Kaplan |

## NOTICE OF HEARING

You are hereby notified of a hearing before Chief Judge __Michael B. Kaplan__, United States Bankruptcy Judge.

**Reason for Hearing:** Motion to Modify Chapter 13 Plan

**Location of Hearing:** Courtroom No. 8
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** June 8, 2022 at 9:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: May 11, 2022

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __May 11__, 20__22__ this notice was served on the following: Trustee, Debtors', Debtor's Attorney.
(Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

JEANNE A. NAUGHTON, Clerk

By: Wendy Quiles
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:  
Michael A. Ferguson  
Theresa Sertich  
    Debtors

Case No. 21-12573-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1  
Date Rcvd: May 11, 2022      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael A. Ferguson, Theresa Sertich, 1 Golden Rod Ct, Brick, NJ 08724-5018 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Joint Debtor Theresa Sertich ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Michael A. Ferguson ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5