| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Michael A. Ferguson<br>Theresa Sertich<br><br><br><br>Debtor(s) | Case No.: 21-12573 / MBK<br><br>Chapter 13<br><br>Hearing Date: 6/8/2022 at 9:00 AM<br><br>Judge: Michael B. Kaplan |

**TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN**

Albert Russo, the Standing Chapter 13 Trustee, hereby objects to  for the following reasons:

1. The proper procedure for the relief the debtors seek is by filing a Modified Plan on notice to all creditors.

2. The Debtors' plan must remain 100% based upon the debtors' ownership interest in five parcels of real estate with varying amounts of equity.


Dated:  June 01, 2022

/s/ Albert Russo
_____
Albert Russo, Standing Chapter 13 Trustee
By:  David Martin, Staff Attorney