UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for the Debtor(s)

By: Marc C. Capone, Esq.

In Re:

Michael A. Ferguson and Theresa Sertich

Case No.:  21-12573

Chapter:  13

Hearing Date:  7/13/2022

Judge:  Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Motion re: Modified Chapter 13 Plan (Document #28)

_____

Date: 7/11/2022

/s/ Marc C. Capone
Signature

*rev.8/1/15*