| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 21-12573 / MBK**

Michael A. Ferguson  
Theresa Sertich

Petition Filed Date: 03/30/2021  
341 Hearing Date: 04/29/2021  
Confirmation Date: 06/01/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2022 | $2,000.00 | 1139124 | 02/14/2022 | $2,000.00 | 1139167 | 03/15/2022 | $2,000.00 | 1139526 |
| 04/11/2022 | $2,500.00 | 1139580 | 05/11/2022 | $1,500.00 | 1140854 | 06/07/2022 | $1,000.00 | 1141313 |
| 07/12/2022 | $2,500.00 | 1141361 | 08/09/2022 | $2,500.00 | 1142805 | 09/12/2022 | $2,500.00 | 1142871 |
| 10/12/2022 | $2,500.00 | 1143919 | 11/15/2022 | $2,500.00 | 1143980 | 12/08/2022 | $2,500.00 | 1145560 |
| 01/10/2023 | $2,500.00 | 1145635 | 02/07/2023 | $2,500.00 | 1145697 | 03/08/2023 | $2,500.00 | 1146860 |

**Total Receipts for the Period: $33,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $61,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael A. Ferguson | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq.<br>»»  ORDER 7/16/21 | Attorney Fees | $6,422.00 | $6,422.00 | $0.00 |
| 1 | WELLS FARGO BANK,NA | Unsecured Creditors | $8,366.98 | $2,277.73 | $6,089.25 |
| 2 | WELLS FARGO BANK,NA | Unsecured Creditors | $13,232.06 | $3,602.17 | $9,629.89 |
| 3 | DISCOVER BANK | Unsecured Creditors | $12,033.89 | $3,276.00 | $8,757.89 |
| 4 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $15,579.24 | $4,241.14 | $11,338.10 |
| 5 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $20,387.21 | $5,550.02 | $14,837.19 |
| 6 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $72,243.42 | $19,666.86 | $52,576.56 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $10,719.20 | $2,918.09 | $7,801.11 |
| 8 | WELLS FARGO BANK, NA | Unsecured Creditors | $12,393.13 | $3,373.78 | $9,019.35 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  OCEAN MEDICAL CENTER | Unsecured Creditors | $100.00 | $16.27 | $83.73 |
| 10 | PINGORA LOAN SERVICING, LLC<br>»»  P/1 GOLDEN ROD CT/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | M&T BANK<br>»»  2017 BENNINGTON 24' BOAT | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | M&T BANK<br>»»  2017 BENNINGTON 24' BOAT | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $3,192.06 | $868.98 | $2,323.08 |

**Chapter 13 Case No. 21-12573 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $61,500.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $52,213.04 | Current Monthly Payment: | $2,500.00 |
| Paid to Trustee: | $4,636.00 | Arrearages: | $2,500.00 |
| Funds on Hand: | $4,650.96 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

