UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Michael A. Ferguson
Theresa Sertich

                         Debtor(s)

Case No.: 21-12573 / MBK

Judge: Michael B. Kaplan

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 10/12/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

**Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  10/12/2023

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
| --- | --- | --- |
| Michael A. Ferguson<br>Theresa Sertich<br>1 Golden Rod Ct<br>Brick, NJ   08724-5018 | Debtor(s) | Regular Mail |
| Marc C. Capone, Esq.<br>Gillman Bruton & Capone<br>60 Highway 71, Ste. 2<br>Spring Lake Heights,  NJ   07762-1878 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |