Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−12573−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael A. Ferguson
dba Hope Builders LLC
1 Golden Rod Ct
Brick, NJ 08724−5018

Theresa Sertich
1 Golden Rod Ct
Brick, NJ 08724−5018

Social Security No.:
   xxx−xx−0994                                      xxx−xx−8688

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 27, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 27, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-12573-MBK |
| Michael A. Ferguson | Chapter 13 |
| Theresa Sertich | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 27, 2023 | Form ID: 148 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael A. Ferguson, Theresa Sertich, 1 Golden Rod Ct, Brick, NJ 08724-5018 |
| 519152169 | Manasquan Savings Bank, 2221 Landmark Pl, Manasquan, NJ 08736-1051 |
| 519152170 | Manasquan Savings Bank, PO Box E, Manasquan, NJ 08736-0635 |
| 519152175 | Wells Fargo Bank-Business Card, PO Box 77033, Minneapolis, MN 55480-7733 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519152164 | | EDI: CAPIO.COM | Oct 28 2023 00:39:00 | AssetCare- Ocean Medical Center, Attn: Bankruptcy, PO Box 1127, Sherman, TX 75091-1127 |
| 519152165 | | EDI: CITICORP.COM | Oct 28 2023 00:39:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519162125 | + | EDI: DISCOVER.COM | Oct 28 2023 00:39:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519152166 | | EDI: DISCOVER.COM | Oct 28 2023 00:39:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519207803 | | Email/Text: cashiering-administrationservices@flagstar.com | Oct 27 2023 20:52:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519152167 | | Email/Text: cashiering-administrationservices@flagstar.com | Oct 27 2023 20:52:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519228977 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2023 20:57:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519152168 | | Email/Text: camanagement@mtb.com | Oct 27 2023 20:51:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 519202821 | + | Email/Text: camanagement@mtb.com | Oct 27 2023 20:51:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 519193511 | | EDI: Q3G.COM | Oct 28 2023 00:39:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519152171 | + | Email/Text: ngisupport@radiusgs.com | Oct 27 2023 20:50:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519155434 | + | EDI: RMSC.COM | Oct 28 2023 00:39:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

Case 21-12573-MBK   Doc 42   Filed 10/29/23   Entered 10/30/23 00:17:55   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 148 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 519152172 | | Email/Text: ClericalSupport@tenagliahunt.com | Oct 27 2023 20:50:00 | Tenaglia & Hunt, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 519152174 | | EDI: WFFC2 | Oct 28 2023 00:39:00 | Wells Fargo Bank NA, MAC F823F-02F, PO Box 10438, Des Moines, IA 50306-0438 |
| 519152173 | | EDI: WFFC2 | Oct 28 2023 00:39:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 519158171 | + | EDI: WFFC2 | Oct 28 2023 00:39:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519188978 | | EDI: WFFC2 | Oct 28 2023 00:39:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519168486 | + | EDI: WFFC2 | Oct 28 2023 00:39:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 519152176 | + | EDI: WFFC.COM | Oct 28 2023 00:39:00 | Wells Fargo Small Business Lending, PO Box 51174, Los Angeles, CA 90051-5474 |
| 519152177 | + | EDI: WFFC2 | Oct 28 2023 00:39:00 | Wells Fargo-Business Card, PO Box 29482, Phoenix, AZ 85038-9482 |
| 519152178 | | EDI: WFFC2 | Oct 28 2023 00:39:00 | Wells Fargo-Pl&L, MAX F8234F-02F, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519153541 | | 306-308 Park Avenue Properties LLC |
| 519153542 | | Hope Builders LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 148 | Total Noticed: 27 |

Denise E. Carlon
    on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marc C Capone
    on behalf of Joint Debtor Theresa Sertich ecf@gbclawgroup.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone
    on behalf of Debtor Michael A. Ferguson ecf@gbclawgroup.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5